JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN CRUZ SANTOS,<br><br>      Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, et al.,<br><br>      Respondents. | CASE NO. 5:26-cv-02307-SK<br><br>**JUDGMENT** |

In accordance with the Order Dismissing In Part and Denying In Part Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

The Clerk of Court is instructed to close this case.

DATED: <u>June 5, 2026</u>

                HON. STEVE KIM
                United States Magistrate Judge